1.

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

**22-0920**
**SECT. T MAG. 4**

Jason J. Spikes
v.
District Attorney
Walter Reed
Assistant District Attorney
Ronnie Gracianette
} Case No.

Petition For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241
28 USCA § 1651
28 USCA § 1367 Spikes vs. Louisiana 18-08884 Eastern District of Louisiana

## Personal Information

1. (a) Your full name: Jason Jarrell Spikes
   (b) Other names you have used: Jason Jarrell Hughes

2. Place of confinement:
   (a) Name of institution: Rayburn Correctional Center
   (b) Address: 27268 Hwy. 21 Angie, LA 70426
   (c) Your identification number: 539025

3. Are you currently being held on orders by: State authorities

4. Are you currently:
   Serving a sentence (incarceration, parole, probation, etc.) after having been

RENDERED FOR FILING
APR 05 2022
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee___
Process___
___Dktd___
___CtRmDep___
___Doc.No.___

2

convicted of a crime.

If you are currently serving a sentence, provide
(a) Name and location of court that sentenced you: 22ND Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number of criminal case: #16-CR6-129868
(c) Date of sentencing: June 26, 2017

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
Other Assistant District Attorney tampering with evidence and injuring public records

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: 22ND Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number, case number, or opinion number: 14-CR8-126847
(c) Decision or action you are challenging: Assistant District Attorney tampering with evidence and injuring public records
(d) Date of the decision or action: I haven't filed yet

### Your Earlier Challenges of the Decisions or Action

7. Did you appeal the decision, file a grievance, or seek an administrative remedy? No
(b) If you answered "No," explain why you did not appeal: I haven't got to the point in filing to appeal

8. Second appeal
After the first appeal, did you file a second appeal to a higher authority, agency,

3.

or court? No
(b) If you answered "No," explain why you did not file a second appeal: I haven't got to the point if filing to appeal.

9. I don't have to file

10. I don't have to file

11. I don't have to file

12. I don't have to file

Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: 5th and 14th Amendments
(a) Supporting facts: On Nov. 15 Assistant District Attorney Ronnie Gracianette filed a document say on or about August 26, 2014, by possessing with intent to distribute, a controlled dangerous substance classified under Schedule II, to wit: Cocaine. Then, he amended it to Oct 8, 2014.
(b) Did you present Ground One in all appeals that were available to you? No

GROUND TWO: 5th and 14th Amendments
(a) Supporting facts: District Attorney Walter Reed vicarious liability, meaning

indirect liability, although the supervisor did not have a direct intent to violate the right of the plaintiff, through negligence the act took place.
(b) Did you present Ground Two in all appeals that were available to you? No

GROUND THREE: 5th and 14th Amendments
(a) Supporting facts: At the trial Assistant District Attorney Ronnie Gracianette used P.W.I.D. cocaine from the scene in August 2014 on 1031 South Dauphine St. Bogalusa, Louisiana and I wasn't even there. I was charge with P.W.I.D. cocaine on October 9, 2014 where a detective supposely found it in an apartment on Hwy. 21 Bogalusa, La where I was arrested at.
(b) Did you present Ground Three in all appeals that were available to you? No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not. I can't file into the district court to get an answer on a motion, because I'm locked up and if I mail it to the district court it's not going to get put on the docket. So, I have to wait until I get out to make sure it get put on the docket in the district court so I can appeal.

## Request for Relief

15. State exactly what you want the court to do: Civil, Criminal, and Administrative Liabilities

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 03-07-2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03-07-2022

Jason Spikes

US POSTAGE $001.76
ZIP 70426
0000374756 APR 2022

NOT CENSORED
Not Responsible for Contents
APR 02 2022
Rayburn Correctional Center

Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

Jason J. Spikes
#537025
R.C.C.
27268 Hwy 21 N
Angie, LA 70426

Signature Should Match Tape
If Not
Tampered With